| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 | |
| In Re:<br>Elena Cassill<br>    &<br>Jon S Cassill<br><br>              Debtor | Case No: 17-29310 RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

78 Stuyvesant Avenue, Kearny, NJ 07032

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:11/21/2017

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              Denise Carlon, Esquire
                              Brian C. Nicholas, Esquire
                              **KML Law Group, P.C.**
                              216 Haddon Avenue, Ste. 406
                              Westmont, NJ 08108
                              (609) 250-0700 (NJ)
                              (215) 627-1322 (PA)
                              FAX: (609) 385-2214
                              Attorney for Movant/Applicant

*new 8/1/15*