MICHAEL J. CAVALLARO
25 LAFAYETTE PLACE
KEARNY, NJ  07032

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 17-29310

| Re: | ELENA CASSILL | Atty: | MICHAEL J. CAVALLARO |
|---|---|---|---|
| | JON S CASSILL | | 25 LAFAYETTE PLACE |
| | 78 STUVESANT AVENUE | | KEARNY, NJ  07032 |
| | KEARNY,  NJ  07032 | | |

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/05/2017 | $636.00 | 4497450000  - | 12/29/2017 | $212.00 | 4550176000  - |

**Total Receipts: $848.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $848.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 50.03 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 1,504.18 | 0.00% | 0.00 | 0.00 |
| 0003 | KEARNY BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MONMOUTH OCEAN HOSPITAL SERVICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | PSE&G | UNSECURED | 869.33 | 0.00% | 0.00 | 0.00 |
| 0006 | PAYPAL CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | WELLS FARGO HOME MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE BANK | UNSECURED | 2,009.40 | 0.00% | 0.00 | 0.00 |

**Total Paid: $50.03**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $848.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $50.03    =    Funds on Hand: $797.97

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.