UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, et al.

In Re:

Jon Cassill & Elena Cassill,

Debtors.

Case No.: 17-29310-RG

Chapter: 13

Hearing Date: 5/7/2018

Judge: Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 78 stuyvesant Avenue, Kearney, NJ (Docket # 37)

_____

Date: 5/4/2018                              /s/ Denise Carlon
                                            Signature

*rev.8/1/15*