UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, as Indenture Trustee, et al.

In Re:

Elena Cassill & Jon Cassill,

Debtors.

Case No.: __17-29310-RG__

Chapter: __13__

Hearing Date: __5/15/2018__

Judge: __Gambardella__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 29)

_____

Date: 5/14/2018                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*