UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Well Fargo Bank, N.A., as Indenture Trustee for MSCC
HELOC Trust 2007-1

**Order Filed on May 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  <u>17-29310 RG</u>

In Re:
        Elena Cassill, Jon S. Cassill

Debtors.

Adv. No.:

Hearing Date:  5/2/18 @ 10:30 a.m..

Judge:  <u>Rosemary Gambardella</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

        The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Elena Cassill, Jon S. Cassill
Case No:  17-29310 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

---

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 78 Stuyvesant Avenue, Kearny, NJ, 07032, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael J. Cavallaro, Esquire, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of May 7, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2017 through May 2018 for a total post-petition default of $11,481.20 (8 @ $1,435.15); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $11,481.20 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2018, directly to Secured Creditor's servicer, Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that the motion for relief is hereby resolved.