Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29310−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elena Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Jon S Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Social Security No.:
  xxx−xx−4533                                  xxx−xx−5001

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/31/18 and a confirmation hearing on such Plan has been scheduled for 12/6/17 @ 10:30 a.m..

The debtor filed a Modified Plan on 7/17/18 and a confirmation hearing on the Modified Plan is scheduled for 9/5/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 26, 2018
JAN: smz

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Elena Cassill
Jon S Cassill
   Debtors

Case No. 17-29310-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jul 26, 2018
        Form ID: 186   Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
```
db/jdb         +Elena Cassill,    Jon S Cassill,   78 Stuvesant Avenue,    Kearny, NJ 07032-3140
aty            +Kearny Bank,    c/o Mark A. Wenczel, Esq.,    524 Union Avenue,    Belleville, NJ 07109-2263
517082623      +Kearny Bank,    120 Passaic Avenue,    Fairfield, NJ 07004-3523
517082624      +Monmouth Ocean Hospital Service Corp.,    4806 Megill Road, Suite #3,    Neptune, NJ 07753-6926
517082626      +PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517082625      +PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
517292431      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2018 22:52:04     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2018 22:52:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:56:49
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517082621      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 22:56:27     Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
517206096       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 22:57:22
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517083175      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:57:16     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517082627      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 26 2018 22:50:56
                 Verizon,   PO Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 7
```

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517082622*     +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC
           HELOC Trust 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark A Wenczel    on behalf of Attorney    Kearny Bank mwenczel@gpmlegal.com
          Michael J. Cavallaro    on behalf of Debtor Elena  Cassill attorneyforchrist@gmail.com,
           lesliebrown.paralegal@gmail.com
          Michael J. Cavallaro    on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com,
           lesliebrown.paralegal@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC
           HELOC Trust 2007-1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```