UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____
Michael J. Cavallaro
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Fax:201-246-6174

Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elena Cassill
Jon S. Cassill

Case No.:    17-29310

Chapter:    13

Judge:    RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   February 2, 2018   :

Property:   78 Stuvesant Avenue, Kearny, NJ 07032

Creditor:   Kearny Bank

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   November 1, 2018   .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2