UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael J. Cavallaro
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Fax:201-246-6174

Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elena Cassill
Jon S. Cassill

Case No.: __17-29310__

Chapter: __13__

Judge: __RG__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   February 2, 2018   :

Property:       78 Stuvesant Avenue, Kearny, NJ 07032

Creditor:       Wells Fargo Home Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ____the debtor____,
and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   November 1, 2018   .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2