UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ELENA CASSILL
JON S CASSILL

Case No.:  17-29310

Adv. No.:

Hearing Date:

Judge:  RG

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/05/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
ELENA CASSILL
JON S CASSILL
78 STUVESANT AVENUE
KEARNY, NJ  07032
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MICHAEL J. CAVALLARO
25 LAFAYETTE PLACE
KEARNY, NJ  07032
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  December 05, 2018

By:   /S/  Jessica Antoine
      Jessica Antoine