Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29310−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elena Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Jon S Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Social Security No.:
xxx−xx−4533

xxx−xx−5001

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

*64* − Objection to (related document:62 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/19/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Michael J. Cavallaro on behalf of Elena Cassill, Jon S Cassill. (Cavallaro, Michael)

Dated: 12/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Elena Cassill
Jon S Cassill
    Debtors

Case No. 17-29310-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 19, 2018
                     Form ID: ntchrgbk  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
db/jdb     +Elena Cassill,   Jon S Cassill,   78 Stuvesant Avenue,   Kearny, NJ 07032-3140
aty       +Kearny Bank,   c/o Mark A. Wenczel, Esq.,   524 Union Avenue,   Belleville, NJ 07109-2263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:31:01
           Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
           Denise E. Carlon   on behalf of Creditor   Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Marie-Ann Greenberg   magecf@magtrustee.com
           Mark A Wenczel   on behalf of Attorney   Kearny Bank mwenczel@gpmlegal.com
           Michael J. Cavallaro   on behalf of Debtor Elena  Cassill attorneyforchrist@gmail.com,   lesliebrown.paralegal@gmail.com
           Michael J. Cavallaro   on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com,   lesliebrown.paralegal@gmail.com
           Rebecca Ann Solarz   on behalf of Creditor   Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 rsolarz@kmllawgroup.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 7