MICHAEL J. CAVALLARO
25 LAFAYETTE PLACE
KEARNY, NJ  07032

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-29310

Re:  ELENA CASSILL  
     JON S CASSILL  
     78 STUVESANT AVENUE  
     KEARNY,  NJ  07032

Atty:  MICHAEL J. CAVALLARO  
      25 LAFAYETTE PLACE  
      KEARNY, NJ  07032

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/05/2017 | $636.00 | 4497450000 - | 12/29/2017 | $212.00 | 4550176000 - |
| 01/31/2018 | $212.00 | 4630548000 - | 02/26/2018 | $212.00 | 4698476000 - |
| 03/26/2018 | $212.00 | 4776586000 | 04/23/2018 | $212.00 | 4848022000 |
| 05/25/2018 | $212.00 | 4938037000 | 07/02/2018 | $474.00 | 5038099000 |
| 07/25/2018 | $474.00 | 5093244000 | 08/27/2018 | $474.00 | 5179356000 |
| 09/28/2018 | $474.00 | 5262488000 | 10/25/2018 | $474.00 | 5335133000 |
| 11/21/2018 | $474.00 | 5406201000 | 12/17/2018 | $474.00 | 5475270000 |

**Total Receipts: $5,226.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,226.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 10/22/2018 | $1,154.12 | 812,456 | 11/19/2018 | $459.78 | 814,366 |
| | 12/17/2018 | $446.98 | 816,267 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 298.18 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 1,504.18 | 100.00% | 0.00 | 1,504.18 |
| 0003 | KEARNY BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MONMOUTH OCEAN HOSPITAL SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PSE&G | UNSECURED | 869.33 | 100.00% | 0.00 | 869.33 |
| 0006 | PAYPAL CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE BANK | UNSECURED | 2,009.40 | 100.00% | 0.00 | 2,009.40 |
| 0013 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 11,481.20 | 100.00% | 2,507.86 | 8,973.34 |

**Total Paid: $4,806.04**
See Summary

**Chapter 13 Case # 17-29310**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $5,226.00    -    Paid to Claims: $2,507.86    -    Admin Costs Paid: $2,298.18    =    Funds on Hand: $893.96

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.