| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Michael J. Cavallaro, Esq<br>25 Lafayette Place<br>Kearny, NJ 07032<br>201-243-7818<br>Fax:201-246-6174 | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JAN 24 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br>Elena Cassill<br>Jon S. Cassill | Case No.: 17-29310<br>Chapter: 13<br>Judge: RG |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

1-24-19      _____
              /s/ Rosemary Gambardella
              U.S.B.J.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 2, 2018___ :

Property: ___78 Stuvesant Avenue, Kearny, NJ 07032___

Creditor: ___Kearny Bank___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtors___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___April 30, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*