| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| Michael J. Cavallaro, Esq<br>25 Lafayette Place<br>Kearny, NJ 07032<br>201-243-7818<br>Fax:201-246-6174 | |
| In Re:<br>Elena Cassill<br>Jon S. Cassill | Case No.: 17-29310<br>Chapter: 13<br>Judge: RG |

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 24 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

1-24-19

/s/ Rosemary Gambardella
U.S.B.J.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 2, 2018___ :

Property:     78 Stuvesant Avenue, Kearny, NJ 07032

Creditor:     Kearny Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtors___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___April 30, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-29310-RG
Elena Cassill                                                                             Chapter 13
Jon S Cassill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db/jdb         +Elena Cassill,    Jon S Cassill,   78 Stuvesant Avenue,    Kearny, NJ 07032-3140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC
               HELOC Trust 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark A Wenczel    on behalf of Attorney    Kearny Bank mwenczel@gpmlegal.com
              Michael J. Cavallaro    on behalf of Debtor Elena  Cassill attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Michael J. Cavallaro    on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC
               HELOC Trust 2007-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7