Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29310−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elena Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Jon S Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Social Security No.:
xxx−xx−4533

xxx−xx−5001

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/6/19 at 10:00 AM

to consider and act upon the following:

**75** − in Opposition to (related document:74 Application for Extension of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007−1. Objection deadline is 2/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007−1) filed by Michael J. Cavallaro on behalf of Elena Cassill, Jon S Cassill. (Cavallaro, Michael)

Dated: 2/6/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court