| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Jordyn Robertson<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121<br>Phone: (206) 438-1109<br>Fax: (206) 269-3493<br>Email: JordynR@w-legal.com<br><br>Authorized Representative for Creditor | |
| In Re:<br><br>Elena Cassill and<br><br>Jon S. Cassill<br><br>Debtor(s). | Case No.: 17-29310-RG<br><br>Chapter: Chapter 13<br><br>Judge: Rosemary Gambardella |

## NOTICE OF CHANGE OF PAYMENT ADDRESS

**TO: THE CHAPTER 13 TRUSTEE**

COMES NOW, Wells Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 ("Creditor"), by its authorized representative, and hereby gives notice to the Chapter 13 Trustee that the payments sent by the trustee to Creditor pursuant to the debtor's Chapter 13 Plan on Creditor's claim requests that the payment address on its claim 6-1 be sent to:

Specialized Loan Servicing LLC
PO Box 636007
Littleton, CO 80163

Dated: March 26, 2019

                                                Respectively Submitted,

                                                /s/ Jordyn Robertson
                                                Jordyn Robertson
                                                2001 Western Ave., Ste. 400
                                                Seattle, WA 98121
                                                Phone: (206) 438-1109
                                                Fax: (206) 269-3493
                                                Email: JordynR@w-legal.com
                                                Authorized Representative for Creditor

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Notice of Change of Payment Address was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on March 26, 2019.

**Elena Cassill and Jon S. Cassill**
78 Stuvesant Avenue
Kearny, NJ 07032

**Marie-Ann Greenberg**
magecf@magtrustee.com

**Michael J. Cavallaro**
attorneyforchrist@gmail.com

**United States Trustee**
USTPRegion03.NE.ECF@usdoj.gov

/s/ Jordyn Robertson
Jordyn Roberston