UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MSCC HELOC Trust 2007-1

In Re:

Elena Cassill & Jon Cassill,

Debtors.

Case No.:   17-29310-RG

Chapter:   13

Hearing Date:   4/3/2019

Judge:   Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Application for Extension of Loss Mitigation Period (Docket # 74)

_____

Date: 4/2/2019                                    /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*