UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1

In Re:
    Elena Cassill, Jon S. Cassill

Debtors.



Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-29310 RG
Adv. No.:

Hearing Date: 4/3/19 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER TERMINATING LOSS MITIGATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 30, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Elena Cassill, Jon S. Cassill
Case No:  17-29310 RG
Caption of Order:  ORDER TERMINATING LOSS MITIGATION
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1, Denise Carlon appearing, upon an application for termination of loss mitigation as to real property located at 78 Stuyvesant Avenue, Kearny, NJ, 07032, and it appearing that notice of said application was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael J. Cavallaro, Esquire, attorney for Debtors, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** the Loss Mitigation Period is terminated, effective April 30, 2019.

   It is **ORDERED, ADJUDGED and DECREED** the Application for Early Termination is hereby resolved.