Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29310−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elena Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Jon S Cassill
78 Stuvesant Avenue
Kearny, NJ 07032

Social Security No.:
xxx−xx−4533

xxx−xx−5001

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/24/19 at 10:30 AM

to consider and act upon the following:

*80* − Motion to Compel Kearny Bank to Finalize Loan Modification Filed by Michael J. Cavallaro on behalf of Elena Cassill, Jon S Cassill. Hearing scheduled for 5/15/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order # 4 Mailing Matrix) (Cavallaro, Michael)

Dated: 7/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Elena Cassill  
Jon S Cassill  
    Debtors

Case No. 17-29310-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2019  
                    Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.  
db/jdb      +Elena Cassill,   Jon S Cassill,   78 Stuvesant Avenue,   Kearny, NJ 07032-3140  
aty        +Kearny Bank,   c/o Mark A. Wenczel, Esq.,   524 Union Avenue,   Belleville, NJ 07109-2263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:52:14  
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021  
                                                                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Mark A Wenczel    on behalf of Attorney    Kearny Bank mwenczel@gpmlegal.com  
        Michael J. Cavallaro    on behalf of Debtor Elena  Cassill attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com  
        Michael J. Cavallaro    on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                             TOTAL: 7