UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Michael J. Cavallaro, Esquire
570 Kearny Avenue
Kearny NJ 07032
201-243-7818
Fax:201-246-6174
Email:attorneyforchrist@gmail.com
Attorney for Debtor

In Re:
Elena Cassill
Jon S. Cassill

Case No.: 17-29310

Chapter: 13

Hearing Date: _____

Judge: RG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Motion to Compel Kearny Bank

_____

Date: 1/14/2020

/s/ Michael J. Cavallaro
Signature

*rev.8/1/15*