MICHAEL J. CAVALLARO
25 LAFAYETTE PLACE
KEARNY, NJ  07032

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
**Chapter 13 Case # 17-29310**

Re:    ELENA CASSILL                              Atty:   MICHAEL J. CAVALLARO
       JON S CASSILL                                      25 LAFAYETTE PLACE
       78 STUVESANT AVENUE                                KEARNY, NJ  07032
       KEARNY,  NJ  07032

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|--------------------|------|--------|--------------------|
| 12/05/2017 | $636.00 | 4497450000  - | 12/29/2017 | $212.00 | 4550176000  - |
| 01/31/2018 | $212.00 | 4630548000  - | 02/26/2018 | $212.00 | 4698476000  - |
| 03/26/2018 | $212.00 | 4776586000 | 04/23/2018 | $212.00 | 4848022000 |
| 05/25/2018 | $212.00 | 4938037000 | 07/02/2018 | $474.00 | 5038099000 |
| 07/25/2018 | $474.00 | 5093244000 | 08/27/2018 | $474.00 | 5179356000 |
| 09/28/2018 | $474.00 | 5262488000 | 10/25/2018 | $474.00 | 5335133000 |
| 11/21/2018 | $474.00 | 5406201000 | 12/17/2018 | $474.00 | 5475270000 |
| 01/09/2019 | $474.00 | 5530006000 | 02/11/2019 | $474.00 | 5615560000 |
| 03/11/2019 | $474.00 | 5689977000 | 04/08/2019 | $474.00 | 5769618000 |
| 05/09/2019 | $474.00 | 5847381000 | 06/10/2019 | $474.00 | 5926391000 |
| 07/08/2019 | $474.00 | 6002158000 | 08/09/2019 | $474.00 | 6079713000 |
| 09/09/2019 | $474.00 | 6163422000 | 10/09/2019 | $474.00 | 6241997000 |
| 11/12/2019 | $474.00 | 6318305000 | 12/09/2019 | $474.00 | 6392777000 |
| 01/08/2020 | $474.00 | 6464202000 | | | |

**Total Receipts: $11,388.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $11,388.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 10/22/2018 | $1,154.12 | 812,456 | | 11/19/2018 | $459.78 | 814,366 |
| | 12/17/2018 | $446.98 | 816,267 | | 01/14/2019 | $446.98 | 818,188 |
| | 02/11/2019 | $893.96 | 820,093 | | 03/18/2019 | $446.98 | 822,076 |
| | 04/15/2019 | $446.98 | 824,097 | | 05/20/2019 | $446.98 | 826,120 |
| | 06/17/2019 | $455.04 | 828,071 | | 07/15/2019 | $455.04 | 829,933 |
| | 08/19/2019 | $455.04 | 831,962 | | 09/16/2019 | $455.04 | 833,943 |
| | 10/21/2019 | $466.89 | 836,005 | | 11/18/2019 | $449.35 | 838,051 |
| | 12/16/2019 | $449.35 | 839,932 | | 01/13/2020 | $449.35 | 841,823 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 560.79 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-29310**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,504.18 | 100.00% | 0.00 | 1,504.18 |
| 0003 | KEARNY BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MONMOUTH OCEAN HOSPITAL SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PSE&G | UNSECURED | 869.33 | 100.00% | 0.00 | 869.33 |
| 0006 | PAYPAL CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,009.40 | 100.00% | 0.00 | 2,009.40 |
| 0013 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 11,481.20 | 100.00% | 8,377.86 | 3,103.34 |

**Total Paid:  $10,938.65**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $11,388.00          -     Paid to Claims: $8,377.86     -     Admin Costs Paid: $2,560.79     =     Funds on Hand: $449.35

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.