Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29310−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elena Cassill  
78 Stuvesant Avenue  
Kearny, NJ 07032  

Jon S Cassill  
78 Stuvesant Avenue  
Kearny, NJ 07032  

Social Security No.:
xxx−xx−4533

xxx−xx−5001

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*104* − Response to (related document:103 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007−1. Objection deadline is 3/31/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007−1) filed by Michael J. Cavallaro on behalf of Elena Cassill, Jon S Cassill. (Cavallaro, Michael)

Dated: 4/2/20

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court