Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−29310−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elena Cassill                          Jon S Cassill
78 Stuvesant Avenue                    78 Stuvesant Avenue
Kearny, NJ 07032                       Kearny, NJ 07032

Social Security No.:
    xxx−xx−4533
                                       xxx−xx−5001

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/20 at 10:00 AM

to consider and act upon the following:

*104* – Response to (related document:103 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007−1. Objection deadline is 3/31/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007−1) filed by Michael J. Cavallaro on behalf of Elena Cassill, Jon S Cassill. (Cavallaro, Michael)

Dated: 4/2/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29310-RG
Elena Cassill                                                             Chapter 13
Jon S Cassill
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Apr 02, 2020
                             Form ID: ntchrgbk         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb        +Elena Cassill,    Jon S Cassill,    78 Stuvesant Avenue,    Kearny, NJ 07032-3140
aty           +Kearny Bank,    c/o Mark A. Wenczel, Esq.,    524 Union Avenue,    Belleville, NJ 07109-2263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 02:56:41
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC
              HELOC Trust 2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark A Wenczel    on behalf of Attorney    Kearny Bank mwenczel@gpmlegal.com
              Michael J. Cavallaro    on behalf of Debtor Elena  Cassill attorneyforchrist@gmail.com,
              lesliebrown.paralegal@gmail.com
              Michael J. Cavallaro    on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com,
              lesliebrown.paralegal@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Well Fargo Bank, N.A., as Indenture Trustee for MSCC
              HELOC Trust 2007-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7