UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael J. Cavallaro, Esquire
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Fax:201-246-6174
email:attorneyforchrist@gmail.com

| | |
|---|---|
| In Re:<br><br>Elena Cassill<br>Jon S. Cassill | Case No.:       17-29310<br><br>Judge:       RG<br><br>Chapter:       13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by  Specialized Loan Servicing, LLC ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

We are waiting for the trial modification to be offered and then we will make these payments as required.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6/12/2020 　　　　　　　　　　　　　　/s/ Elena Cassill
　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

Date: 6/12/2020 　　　　　　　　　　　　　　/s/ Jon S. Cassill
　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*