| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | |
| In re:<br><br>Elena Cassill and<br>Jon S Cassill<br>Debtors. | Chapter: 13<br><br>Case No.: 17-29310-RG<br><br>Hearing Date: July 15, 2020<br><br>Judge: Rosemary Gambardella |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 107).

Dated: July 9, 2020

                                  Stewart Legal Group, P.L.
                                  Attorney for Specialized Loan Servicing, LLC, as servicing agent for Wells Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1

By:   */s/Gavin N. Stewart*
           Gavin N. Stewart