UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1

In Re:
    Elena Cassill, Jon S. Cassill

Debtors.

Order Filed on August 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-29310 RG

Hearing Date: 8/19/2020 @ 2:00 p.m.

Judge: Rosemary Gambardella

## ORDER TERMINATING LOSS MITIGATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 24, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Elena Cassill, Jon S. Cassill
Case No:  17-29310 RG
Caption of Order:  ORDER TERMINATING LOSS MITIGATION
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1, Denise Carlon appearing, upon an application for termination of loss mitigation as to real property located at 78 Stuyvesant Avenue, Kearny, NJ, 07032, and it appearing that notice of said application was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael J. Cavallaro, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** the Loss Mitigation Period is terminated, effective August 19, 2020; and

      It is **ORDERED, ADJUDGED and DECREED** any and rights the Debtors may have with regard to loss mitigation or any causes of actions related thereto, whether within the instant bankruptcy case or in any other Court, are not waived or precluded by the terms of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Elena Cassill  
Jon S Cassill  
    Debtors

Case No. 17-29310-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 25, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db/jdb        +Elena Cassill,   Jon S Cassill,   78 Stuvesant Avenue,   Kearny, NJ 07032-3140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:  
       Denise E. Carlon   on behalf of Creditor   Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
       Marie-Ann Greenberg   magecf@magtrustee.com  
       Mark A Wenczel   on behalf of Attorney   Kearny Bank mwenczel@gpmlegal.com  
       Michael J. Cavallaro   on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com  
       Michael J. Cavallaro   on behalf of Debtor Elena Cassill attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com  
       Rebecca Ann Solarz   on behalf of Creditor   Well Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 rsolarz@kmllawgroup.com  
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                     TOTAL: 8