| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    ELENA CASSILL<br>    JON S CASSILL | Case No.:    17-29310 RG<br><br>Chapter:    13 |

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ELENA CASSILL
JON S CASSILL

Case No.: 17-29310

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 12/03/2020 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 17-29310-RG
Elena Cassill   Chapter 13
Jon S Cassill
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Dec 16, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Elena Cassill, Jon S Cassill, 78 Stuvesant Avenue, Kearny, NJ 07032-3140

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Well Fargo Bank  N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
     on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Mark A Wenczel
     on behalf of Attorney Kearny Bank mwenczel@gpmlegal.com

Michael J. Cavallaro
     on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com  lesliebrown.paralegal@gmail.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 16, 2020 Form ID: pdf903 Total Noticed: 1

Michael J. Cavallaro
        on behalf of Debtor Elena Cassill attorneyforchrist@gmail.com  lesliebrown.paralegal@gmail.com

Rebecca Ann Solarz
        on behalf of Creditor Well Fargo Bank  N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 rsolarz@kmllawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8