UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 29, 2022
by Clerk
U.S. Bankruptcy Court District
of New Jersey

In Re:

Elena Cassill and Jon S Cassill

Case No.:     17-29310-RG

Chapter:     13

Hearing Date:     

Judge:     Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: August 29, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by _____Dilks & Knopik, LLC_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$468.58_____ will be forwarded to _____Dilks & Knopik, LLC s assignee to PSE&G_____ at the following address:

_Dilks & Knopik, LLC_____

_35308 SE Center Street_____

_Snoqualmie WA 98065_____

_____

*new.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-29310-RG |
| Elena Cassill | Chapter 13 |
| Jon S Cassill | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Elena Cassill, Jon S Cassill, 78 Stuvesant Avenue, Kearny, NJ 07032-3140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Well Fargo Bank N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark A Wenczel | on behalf of Attorney Kearny Bank mwenczel@gpmlegal.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Michael J. Cavallaro
        on behalf of Joint Debtor Jon S Cassill attorneyforchrist@gmail.com lesliebrown.paralegal@gmail.com

Michael J. Cavallaro
        on behalf of Debtor Elena Cassill attorneyforchrist@gmail.com lesliebrown.paralegal@gmail.com

Rebecca Ann Solarz
        on behalf of Creditor Well Fargo Bank N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 rsolarz@kmllawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9